IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAVID BROWN,
    Plaintiff,
vs.                                                    Case No.: 5:12cv193/MW/EMT

KERRY DOYLE, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

        This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (doc. 1). Plaintiff subsequently filed amended complaints (*see* docs. 12, 16). By order of this court dated February 19, 2013, Plaintiff was given twenty-one (21) days in which to submit two complete copies of his Second Amended Complaint and sign and return the Notice of a Lawsuit and Request to Waive Service of a Summons form for each Defendant (*see* doc. 19). Plaintiff failed to submit the copies of his second amended complaint, or sign and return the notice of lawsuit forms; therefore, on March 19, 2013, the court issued an order requiring Plaintiff to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (doc. 21). The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to submit the copies of his second amended complaint, provide the notice of lawsuit forms, or otherwise respond to the court's directives.

        Accordingly, it is respectfully **RECOMMENDED**:

        That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

        At Pensacola, Florida, this 18th day of April 2013.

                                                    /s/ *Elizabeth M. Timothy*
                                                    **ELIZABETH M. TIMOTHY**
                                                    **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* **28 U.S.C. § 636;** <u>United States v. Roberts</u>**, 858 F.2d 698, 701 (11th Cir. 1988).**