IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAVID BROWN,

    **Plaintiff,**

v.                        CASE NO. 5:12-cv-193-MW/EMT

KERRY DOYLE, et al.,

    **Defendants.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No.22, filed April 18, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the Court's opinion. The Clerk shall enter judgment stating, "This cause is DISMISSED **without prejudice** for Plaintiff's failure to comply with the Court's Order to Show Cause, ECF No. 21." The Clerk shall close the file.

SO ORDERED on May 7, 2013.

                                            s/Mark E. Walker
                                            United States District Judge